**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| KENNETH A. SANDERSON,<br><br>      Plaintiff<br><br>vs.<br><br>XAVIER BECERRA, SECRETARY,<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>      Defendants. | Case No. 2:22-CV-02206 |

## EXHIBIT INDEX

1. Exhibit A: May 23, 2022 escalation request by Parrish Law Office

2. Exhibit B: Roach Declaration

3. Exhibit C: ALJ Decision

4. Exhibit D: Jan. 7, 2021 Request for MAC Review by United

5. Exhibit E: January 27, 2022 response by Sanderson to United's appeal