# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH A. SANDERSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:22-CV-02206 |
| ) | |
| XAVIER BECERRA, SECRETARY, ) | |
| U.S. DEPARTMENT OF HEALTH & HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Defendant ) | |

DECLARATION OF ANGELA ROACH

I, Angela Roach, do hereby declare and state the following:

1. I am the Executive Director of the Medicare Operations Division (MOD) and an Administrative Appeals Judge (AAJ) on the Medicare Appeals Council (Council) at the Departmental Appeals Board (DAB). The DAB is a component of the United States Department of Health and Human Services (HHS), Office of the Secretary.

2. MOD supports the Council, which provides the final administrative review of claims filed by beneficiaries and health care providers and suppliers for entitlement to Medicare and individual claims for Medicare coverage and payment.

3. Appeals may be submitted to the Council by mail, facsimile, or via the "Departmental Appeals Board Medicare Operations Division Electronic Filing System" found online at https://dab.efile.hhs.gov/mod/ ("MOD E-File").

4. As the Executive Director and an AAJ, I have access to cases pending or recently closed within MOD.

5. MODACTS is the case tracking system used by MOD to manage appeals. MOD administrative staff process requests filed via facsimile and postal mail. Upon receipt, MOD staff associate, scan, digitize and upload the filed documents to the appropriate case file in MODACTS. Additionally, parties may upload documents electronically via MOD E-File.

2

6. Specific, to this case, I have reviewed the Sanderson file, Council No. M-22-1164. In a letter dated May 23, 2022, counsel for Mr. Sanderson filed, via both facsimile and postal mail, a request for escalation from the Council to Federal District Court.

7. Currently, due to limited onsite personnel, physical mail processing is delayed. In the Sanderson case, the appellant's May 23, 2022, request was not uploaded until June 15, 2022. Additionally, due to a case processing error the appellant's filing was inadvertently identified as correspondence instead of a request for escalation. Therefore, the appellant's escalation request was not addressed by the Council within the regulatory framework (*i.e.*, five calendar days pursuant to 42 C.F.R. § 405.1132).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2022

*Angela K. Roach*

Angela K. Roach
Executive Director and Appeals Judge
Medicare Operations Division